FILED THE
UNITED STATES
BANKRUPTCY COURT
2010 JUL 28 AM 11:45
DISTRICT OF UTAH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: __Melanie Bowcut__

Case No: __10-27886__

Chapter 7

Debtor(s)

### REQUEST FOR ABANDONMENT AND NOTICE OF ABANDONMENT

Request is made that __J. Kevin Bird Tr.__, the Trustee in this bankruptcy proceeding, abandon the following secured property subject to any interest of the debtor and execute the Notice of Abandonment.

Description of secured property __926 East 460 South Provo, Ut 84606  tax ID# 55-006-0063__

The value of the secured property is: $ __120,000.00__

The valuation of the secured property is based upon book value, (appraisal) or other: _____, (circle one).

The amount owed to creditor on the secured property is $ __177,000__.

Photocopies of documents that evidence a properly perfected security interest in the property are attached to this form.



The above information is true and correct to the best of my knowledge.

Creditor's signature _Melan Bowcut_

Printed name _Melanie Bowcut_

Address _192 E 850 S_

City, State & Zip code _Orem UT 84058_

## NOTICE OF ABANDONMENT

Pursuant to 11 U.S.C. § 554, I have found the above described property to be burdensome to the estate, or of inconsequential value to the estate. I have given notice of my intent to abandon such property during the meeting of creditors, and there being no objection, or request for hearing, the trustee hereby abandons any interest the estate may have in the described property.

Dated: _7-21-2010_

Trustee: _[signature]_

---

Instructions for use of form: This form is to be used only in asset cases. It must be submitted, in duplicate, to the trustee and not to the Court. If mailed, the creditor must include a stamped, self-addressed envelope. Important: Even if the trustee signs the notice of abandonment, the creditor should not take any action against the debtor without first determining that such action is not prohibited by the automatic stay 11 U.S.C. § 362(c).